Parnell & Crum, P. A.
Charles N. Parnell III
641 So. Lawrence Street
P.O. Box 2189
Montgomery, Alabama 36104
Phone: (334)832-4200
Fax: (334)293-3550

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-31738-DHW |
| | § | |
| Lakisha Reynolds | § | CHAPTER NO. 13 |
| Debtor | § | |

## OBJECTION TO CONFIRMATION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Global Lending Services, its successors and/or assigns, a secured creditor and party in interest ("Claimant") and pursuant to 11 U.S.C. §§1322(b)(2), 1324, 1325(a)(5) and 1326(a)(1)(C) and bankruptcy rule 3015, files its Objection to Confirmation of Debtor's Chapter 13 Plan of Reorganization ("Plan") and in support thereof would respectfully show the Court as follows:

1. Lakisha Reynolds ("Debtor") filed a voluntary petition under Chapter 13 of Title 11, United States Bankruptcy Code, on July 1, 2016 ("Petition Date").

2. Claimant is the owner and holder of a Retail Installment Sale Contract ("Contract") in the original principal sum of $19,419.25, dated November 12, 2014 and executed by Debtor for the purchase of a 2013 Chevrolet Malibu-VIN: 1G11E5SAXDF335858 ("Collateral"). A true and correct copy of the Contract and of the Certificate of Title indicating Claimant's perfected lien in the Collateral are attached to Claimant's Proof of Claim.

3. The total debt due and owing to Claimant as of the Petition Date was $17,456.22 as evidenced by Claimant's Proof of Claim and Debtor remains indebted to Claimant in that amount.

4. In accordance with 11 U.S.C. §1325, if a motor vehicle is purchased for the personal use of a debtor within 910 days preceding the petition date, and is collateral securing a debt that is the subject

of a claim, said claim shall not be valued under 11 U.S.C. §506. In the present case, the Collateral was purchased for Debtor's personal use on November 12, 2014 subject to a purchase money security interest in favor of Claimant. Therefore, Claimant alleges that its claim be allowed and treated as fully secured in the amount of $17,456.22.

5. Claimant objects to confirmation of the Plan pursuant to 11 U.S.C. §1325 because it:

   a. Understates the value of the Collateral;
   b. Does not fully provide for Claimant's allowed secured claim at a sufficient rate of interest; and
   c. Proposes an unreasonable length of time in which to pay Claimant's claim without making adequate protection payments as required by 11 U.S.C. §1326(a)(1)(C). The rate of depreciation of the Collateral will exceed the proposed plan payments.

6. Claimant has been forced to file this Objection to Confirmation to protect its interest in the Collateral and has agreed to pay the undersigned counsel reasonable attorney's fees. Claimant requests that Debtor be required to pay such attorney's fees as required by the Contract.

WHEREFORE, PREMISES CONSIDERED, Claimant prays that this Court (1) deny confirmation of the Plan; (2) require Debtor to pay Claimants' reasonable attorney's fees and costs; and (3) grant Claimant such other and further relief, at law and in equity, as is just.

Respectfully submitted,

Parnell & Crum, P. A.

/s/ Charles N. Parnell, III
Charles N. Parnell III
641 So. Lawrence Street
P.O. Box 2189
Montgomery, Alabama 36104
Phone: (334)832-4200
Fax: (334)293-3550
LOCAL COUNSEL FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that on the __17th___ day of August, 2016, I filed the foregoing Objection to Confirmation with the United States Bankruptcy Court for the Middle District of Alabama by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

**Debtor's Attorney**
Richard D. Shinbaum
P.O. Box 201
Montgomery, Alabama 36101

**Trustee**
Curtis C. Reding
P.O. Box 173
Montgomery, Alabama 36101

Lakisha Reynolds
Debtor
216 Newcastle lane
Montgomery, Alabama 36117

__/s/ Charles N. Parnell, III__
Charles N. Parnell III