## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

LAKISHA REYNOLDS
SSAN: XXX-XX-7759

                          Debtor(s)

Case No. 16-31738-DHW
Chapter 13

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 01, 2016.

2. The debtor(s)' §341 Meeting of Creditors was held August 10, 2016.

(**X**) The plan is not feasible and payments need to be raised to $498.00 weekly to be feasible.

(**X**) Debtor to amend plan to change home mortgage, which is a long term debt, to direct pay to make case feasible.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this September 06, 2016.

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: mckinneys@ch13mdal.com

/s/ *Sabrina L. McKinney*

Sabrina L. McKinney
Acting Chapter 13 Trustee

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this September 06, 2016.

Copy to: DEBTOR(S)
        RICHARD D SHINBAUM

/s/ *Sabrina L. McKinney*
_____

Sabrina L. McKinney
Acting Chapter 13 Trustee